UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. **08 MJ 1277** |
| | ) | (Related to Criminal Case No. 08MJ1134) |
| Plaintiff, | ) | MATERIAL WITNESS COMPLAINT |
| v. | ) | |
| | ) | Title 18, U.S.C., Section 3144 |
| Jorge HERNANDEZ-Mendez, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned complainant, being duly sworn, states:

On or about, April 12, 2008, within the Southern District of California, **Jorge HERNANDEZ-Mendez** did witness and observe Defendant Alberto Pionce-Fimbres (charged elsewhere-08MJ1134) engage in the crime of Transportation of Illegal Aliens ( in violation of Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)); in violation of Title 18 U.S.C., Section 3144.

The above named material witness is a citizen of Mexico with no legal right to enter or to remain in the United States of America, and has no apparent means, with no legal right to enter or to remain in the United States. Affiant further alleges that his presence is required as a material witness in order to prosecute the case against Alberto Ponce-Fimbres.

And the complainant further states that he believes that said alien is a citizen of a country other than the United States, that said alien has admitted that he is deportable as defined in Title 8, United States Code, Section 1229, that it is impracticable to secure his attendance at the trial thereof by subpoena, that he is a material witness, and as such is entitled to the fees prescribed in Title 8, United States Code, Section 1227(d).

SEAN BRAUD, Agent
United States Border Patrol, CBP
Department of Homeland Security

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24th DAY OF APRIL **2008**.

JAN M. ADLER
U.S. Magistrate Judge

CONTINUATION OF COMPLAINT:
Jorge HERNANDEZ-Mendez

### PROBABLE CAUSE STATEMENT

On April 12, 2008, Border Patrol Agents J. Harris and C. Loucel were assigned to roving patrol duties in the Campo Station area of operations. Agent's Harris and Loucel were operating in uniform and in a marked agency vehicle. At approximately 5:15 a.m. Agents Harris and Loucel noticed a black Ford Bronco that was driving north on Crestwood Road and then entered the Interstate 8 westbound. Crestwood Road is notorious for load vehicle drivers to use as it gives direct access to Old Highway 80 and Highway 94 that both have access to the border. Due to the Interstate 8 westbound Check Point being closed due to high winds, Agent's Harris and Loucel decided to follow the black Bronco west on Interstate 8. Once Agent Harris closed the distance to the Bronco, he noticed that the Bronco seemed to be heavily laden like there was a great deal of weight in the rear cargo area and he also noticed a blanket covering a large lump with hands holding the blanket down. Alien smugglers frequently hide their human cargo in the beds of pick-up trucks and SUV's while covering the smuggled aliens with various inconspicuous objects, for example blankets and tarps in order to avoid detection.

Before Agent Harris could run the plate on the Bronco, the driver of the Bronco accelerated away from him and then abruptly pulled to the shoulder and stopped approximately one mile west of the Crestwood Road exit in the westbound lanes of Interstate 8. The driver exited the Bronco and attempted to run. After a short foot pursuit, Agent Harris apprehended the driver later identified as the Alberto Ponce-Fimbres. Agent Loucel approached the Bronco and discovered 13 individuals in the rear cargo area attempting to hide under a blanket. Agents Harris and Loucel verbally and visually identified themselves as Border Patrol Agents and conducted an immigration interview on the defendant and the 13 individuals that were in the Bronco. All individuals freely claimed to being citizens and nationals of Mexico not in possession of proper immigration documentation that would allow them to enter or remain in the United States legally. At approximately 5:20 a.m., Agents Harris and Loucel placed all 14 individuals under arrest including the defendant and transported them to the Campo Border Patrol Station.

Material witness **Jorge HERNANDEZ-Mendez** was one of the fourteen illegal aliens in the Bronco In addition, he freely admitted to being a native and citizen of Mexico illegally present in the United States without the proper documentation to be in/enter the United States. **HERNANDEZ-Mendez** stated he was going to be smuggled into the interior of the United States for a smuggling fee of $1,000.00. **HERNANDEZ-Mendez** positively identified the defendant Alberto Ponce-Fimbres as the driver of the Ford Bronco.