UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 MAY 16

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj1277 |
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| *a* Jorge Hernandez-Mendez | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / (Case Disposed) / Order of Court).

Jorge Hernandez-Mendez
(dft/mw in custody in Arizona)

DATED: 5-16-08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                    OR
      DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by  Rhee Rhee

Deputy Clerk