**Minutes of the United States District Court**
**Southern District of California**
**MAY 16, 2008**

HON. __JAN M. ADLER__    DEPUTY CLERK: __R. RHONE__

TAPE NO. JMA08-01-9:14-9:44

08MJ1277-JMA    USA    vs.    JORGE HERNANDEZ-MENDEZ (C)

MATERIAL WITNESS HRG

NO ATTY APPOINTED

AUSA: MARK CONNOVER

CASE RELATED TO 08CR1338-JM AND 08MJ1134-BLM

GOVT'S ORAL MOTION TO DISMISS CASE- GRANTED

GOVT'S ORAL MOTION TO QUASH THE ARREST WARRANT - GRANTED

M/W STIPULATION FILED

2 mins